# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY JOSEPH COOLEY, *also known as Red*, BOP Prisoner No. 16743-003, )<br><br>Petitioner, )<br><br>vs. )<br><br>UNITED STATES OF AMERICA, )<br><br>Respondent. ) | CIVIL ACTION NO. 20-110-CG-N<br>CRIM. ACTION NO. 17-21-CG-N |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and Rule 8(b) and 10 of the Rules Governing Section 2255 Proceedings for the United States District Courts, and dated October 19, 2021 (Doc. 386) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Cooley's § 2255 motion is **DENIED** and **DISMISSED with prejudice** as time-barred, and either procedurally defaulted or procedurally barred from consideration on collateral review.

It is further **ORDERED** that Cooley is **DENIED** a Certificate of Appealability as Court **CERTIFIES** that any appeal by Cooley of the denial of the present § 2255 motion would be without merit and therefore not taken in good faith;

therefore, Petitioner is not entitled to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 7th day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE